No. D–573.  IN RE DISBARMENT OF SHIELDS.  Disbarment entered.  [For earlier order herein, see 478 U. S. 1038.]

No. 85–1358.  LUKHARD, COMMISSIONER, VIRGINIA DEPARTMENT OF SOCIAL SERVICES v. REED ET AL.  C. A. 4th Cir.  [Certiorari granted, 477 U. S. 903.]  Motion of the Solicitor General to permit Glen D. Nager, Esquire, to present oral argument *pro hac vice* granted.

No. 85–1963.  TYLER PIPE INDUSTRIES, INC. v. WASHINGTON STATE DEPARTMENT OF REVENUE; and
No. 85–2006.  NATIONAL CAN CORP. ET AL. v. WASHINGTON STATE DEPARTMENT OF REVENUE.  Sup. Ct. Wash.  [Probable jurisdiction noted, *ante*, p. 810.]  Motion of appellants for divided argument granted.  JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 85–5348.  BUCHANAN v. KENTUCKY.  Sup. Ct. Ky.  [Certiorari granted, 476 U. S. 1140.]  Motion for appointment of counsel granted, and it is ordered that Kevin Michael McNally, Esquire, of Frankfort, Ky., be appointed to serve as counsel for petitioner in this case.  Motion of petitioner for divided argument denied.

No. 86–6.  RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. ADAMSON.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 812.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–44.  SHEARSON/AMERICAN EXPRESS INC. ET AL. v. McMAHON ET AL.  C. A. 2d Cir.  [Certiorari granted, *ante*, p. 812.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–87.  UNITED STATES v. SALERNO ET AL.  C. A. 2d Cir.  [Certiorari granted, *ante*, p. 929.]  Motion of American Bar Association for leave to file a brief as *amicus curiae* out of time granted.

No. 86–133.  NOLLAN ET UX. v. CALIFORNIA COASTAL COMMISSION.  Ct. App. Cal., 2d App. Dist.  [Probable jurisdiction noted, *ante*, p. 913.]  Motion of appellee to dismiss appeal denied.